**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Texas**
**Dallas**

| | | |
|---|---|---|
| Shamim Ebrahimi | § | |
|        Plaintiff, | § | |
| | § | |
| v. | § | Case Number: 3:22–cv–01906–E–BK |
| | § | |
| Mykill Fields | § | |
|        Defendant. | § | |

## ORDER GRANTING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The Motion to Proceed *In Forma Pauperis* is **GRANTED.**

SIGNED 8/31/2022.

Renee Harris Toliver
Magistrate Judge